## Isenberg, Appellant, *v.* Cotton.
## Fleisher *v.* Isenberg, Appellant.

Argued May 8, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*George W. Thompson,* with him *Baile, Thompson & Shea,* for appellant.

*Melvin G. Levy,* with him *Stanley R. Kotzen,* and *Levy and Levy,* for appellee.

OPINION PER CURIAM, October 9, 1969:
Judgments affirmed.